## VANDEGRIFT v. UNITED STATES.

(Circuit Court, S. D. New York.   March 18, 1902.)

No. 3,025.

CUSTOMS DUTIES—LAP ROBES PART COTTON AND PART WOOL.

Lap robes made in part of wool, but of which cotton is the component of chief value, are assessable under Act 1897, par. 366, as "manufactures made wholly or in part of wool," and are not classifiable, under paragraph 322, as "manufactures of cotton not specially provided for."

Appeal by the Importers from a Decision of the Board of United States General Appraisers.

Howard T. Walden, for the importers.
D. Frank Lloyd, Asst. U. S. Atty.

COXE, District Judge (orally).   The articles imported were lap robes, made in part of wool, cotton being the component of chief value. They were assessed by the collector under paragraph 366 of the act of 1897, as "manufactures made wholly or in part of wool."   The importers insist that they should have been classified under paragraph 322 of the same act, as "manufactures of cotton, not specially provided for."

The decision of the board of appraisers is affirmed upon the authority of U. S. v. Altman, 46 C. C. A. 116, 107 Fed. 15.

---

## UNITED STATES v. ROUSS.

(Circuit Court, S. D. New York.   March 18, 1902.)

No. 3,017.

CUSTOMS DUTIES—CLASSIFICATION—COTTON QUILTS—FRINGE OF WOOL.

Cotton quilts having a fringe of wool are assessable under Act 1897, par. 366, as "manufactures made wholly or in part of wool," and are not covered by paragraph 322, governing "manufactures of cotton not specially provided for."

Appeal by the United States from a Decision of the Board of General Appraisers.

D. Frank Lloyd, Asst. U. S. Atty.
Albert Comstock, for the importer.

COXE, District Judge (orally).   The merchandise imported consists of cotton quilts having a fringe made of wool.   They were assessed for duty under paragraph 366 of the act of 1897, as "manufactures made wholly or in part of wool."   The importer protested, insisting that the merchandise is covered by paragraph 322 of the same act as "manufactures of cotton, not specially provided for."   As these quilts are made in part of wool they fall within the decision of U. S. v. Altman, 46 C. C. A. 116, 107 Fed. 15.

The decision of the board of general appraisers is reversed.